**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ARBELIN DANIELLE HERRERA,

                Plaintiff,                        22 **CIVIL** 614 (OTW)

      -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 3, 2022, that the Commissioners decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing, and to issue a new decision.

**Dated:**  New York, New York
           November 3, 2022

                                                      **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                      **BY:**   *K. Mango*
                                                               **Deputy Clerk**